LOOMER, *Commissioner of Finance and Accounts, et al.*, v. SCOTT.

No. 6324.   Opinion Filed June 16, 1914.

Rehearing Denied July 28, 1914.

(141 Pac. 1107.)

APPEAL AND ERROR—Moot Questions—Dismissal.   Abstract or hypothetical cases, disconnected from the granting of actual relief, or from the determination of which no particular result can follow other than the awarding of the costs of the appeal, will not be decided by this court.

(Syllabus by the Court.)

*Error from District Court, Osage County;*
*R. H. Hudson, Judge.*

Action between H. M. Loomer, as Commissioner of Finance and Accounts of the City of Pawhuska, and others, and W. G. Scott.   From the judgment, the parties first mentioned bring error.   Proceeding in error dismissed.

*R. B. Boone,* for plaintiffs in error.

*Grinstead & Scott,* for defendant in error.

KANE, C. J.   This cause comes on to be heard upon a motion to dismiss the proceeding in error, in support of which there is an uncontradicted affidavit to the effect that the appeal in this cause now involves only moot questions of law, the determination of which can have no practical results. This is sufficient ground for sustaining the motion to dismiss.   *Bryan v. Sullivan,* 29 Okla. 686, 119 Pac. 124; *McCullough et al. v. Gilcrease,* 40 Okla. 741, 141 Pac. 5.

The motion to dismiss is therefore sustained.

All the Justices concur.